### 17418.   STERLING *v.* THE STATE.

BLOODWORTH, J.   There is no merit in either of the special grounds of the motion for a new trial. The evidence to support the verdict is ample; and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 13, 1926.

Possessing intoxicating liquor; from Douglas superior court— Judge Irwin.   May 3, 1926.

*Astor Merritt,* for plaintiff in error.

*E. S. Griffith,* solicitor-general, contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.

---

### 17421.   KEEVER *v.* THE STATE.

LUKE, J.   The conviction was authorized; and none of the special grounds of the motion for a new trial, which include grounds as to newly discovered evidence, warrants a reversal of the judgment overruling his motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1926.

Selling intoxicating liquor; from Bartow superior court—Judge Tarver.   April 19, 1926.

*J. R. Whitaker,* for plaintiff in error.

*C. C. Pittman,* solicitor-general, contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74; 17 C. J. p. 252, n. 17.